**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CAROLE D. SEXTON**                                                                                          **PLAINTIFF**

**VS.**                                     **CASE NO. 4:09CV00283 JMM**

**STARK LIGON, ET AL.**                                                                               **DEFENDANT**

**ORDER**

Pending before the Court is plaintiff's Motion for Default Judgment against Stark Ligon. For the reasons stated below, the motion is denied (#17).

On April 14, 2009, plaintiff filed a complaint alleging that defendants violated her rights under the Americans with Disabilities Act ("ADA") by failing to promptly reactivate her license to practice law in the State of Arkansas. Defendant Stark Ligon was served on April 25, 2009.

On May 15, 2009, defendants filed a Motion to Dismiss which extended the deadline to file an answer. *See* Fed.R.Civ.P.12(a)(1)-)(3). Consequently defendant Ligon is not in default.

Plaintiff is directed to file a response to the pending Motion to Dismiss on, or before, June 26, 2009.

IT IS SO ORDERED THIS   15   day of    June  , 2009.

_____
James M. Moody
United States District Judge